1 | McGREGOR W. SCOTT
United States Attorney
2 | CAMERON L. DESMOND
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5 |
6 | Attorneys for Plaintiff
United States of America
7 |

**FILED**
SEP 21 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 510-309-5370 | CASE NO. 2:16-SW-0734-KJN<br><br>[PROPOSED] ORDER DELAYING NOTICE<br><br>**UNDER SEAL** |
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 510-309-5370 | CASE NO. 2:17-SW-336-CKD<br><br>[PROPOSED] ORDER DELAYING NOTICE<br><br>**UNDER SEAL** |
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 510-309-5370 | CASE NO. 2:18-SW-0050-EFB<br><br>[PROPOSED] ORDER DELAYING NOTICE<br><br>**UNDER SEAL** |

The United States has represented that there exists an ongoing investigation into the narcotics trafficking activities of the parties named in the applications and orders signed November 21, 2016, May 9, 2017, and January 21, 2018, which authorized agents of DEA to ascertain the physical location of the cellular telephone currently assigned the number 510-309-5370 (TARGET CELLPHONE), including but not limited to E-911 Phase II data (GPS and/or other precise location information), for a period of 30 days.

1

1  The United States has further represented that service of the notice required by Federal Rules of
2  Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence
3  to the targets.
4  Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall
5  be required to serve the notice shall be postponed for 90 days from the date of this Order.
6  Should the United States seek further postponement of the time within which it must serve the
7  notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated: 9/21/2018

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE