1 | McGREGOR W. SCOTT
United States Attorney
2 | CAMERON L. DESMOND
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5 |

**FILED**

DEC 2 7 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6 | Attorneys for Plaintiff
United States of America
7 |

**SEALED**

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | IN THE MATTER OF THE SEARCH OF THE
CELLULAR TELEPHONE ASSIGNED CALL
12 | NUMBER 510-309-5370

CASE NO.  2:16-SW-0734-KJN

[PROPOSED] ORDER
DELAYING NOTICE

13 |

**UNDER SEAL**

14 |

15 | IN THE MATTER OF THE SEARCH OF THE
CELLULAR TELEPHONE ASSIGNED CALL
NUMBER 510-309-5370

CASE NO.  2:17-SW-336-CKD

[PROPOSED] ORDER
16 | DELAYING NOTICE

17 |

**UNDER SEAL**

18 | IN THE MATTER OF THE SEARCH OF THE
CELLULAR TELEPHONE ASSIGNED CALL
19 | NUMBER 510-309-5370

CASE NO.  2:18-SW-0050-EFB

[PROPOSED] ORDER
DELAYING NOTICE
20 |

21 | **UNDER SEAL**

22 |

23 |     The United States has represented that there exists an ongoing investigation into the narcotics

24 | trafficking activities of the parties named in the applications and orders signed November 21, 2016, May

25 | 9, 2017, and January 21, 2018, which authorized agents of DEA to ascertain the physical location of the

26 | cellular telephone currently assigned the number 510-309-5370 (TARGET CELLPHONE), including

27 | but not limited to E-911 Phase II data (GPS and/or other precise location information), for a period of 30

28 | days.

1

1     The United States has further represented that service of the notice required by Federal Rules of
2  Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence
3  to the targets.

4     Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall
5  be required to serve the notice shall be postponed for 90 days from the date of this Order.

6     Should the United States seek further postponement of the time within which it must serve the
7  notice, it shall make further application to this Court.

9     IT IS SO ORDERED.

Dated: 12-20-18

Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE