1 | McGREGOR W. SCOTT
United States Attorney
2 | CAMERON L. DESMOND
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile:  (916) 554-2900



MAR 1 9 2019



5

6 | Attorneys for Plaintiff
United States of America

7

# SEALED

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE SEARCH OF THE
CELLULAR TELEPHONE ASSIGNED CALL
12 | NUMBER 510-309-5370

CASE NO.  2:16-SW-0734-KJN

[PROPOSED] ORDER
DELAYING NOTICE

13

**UNDER SEAL**

14

15 | IN THE MATTER OF THE SEARCH OF THE
CELLULAR TELEPHONE ASSIGNED CALL
NUMBER 510-309-5370

CASE NO.  2:17-SW-336-CKD

[PROPOSED] ORDER
16 | DELAYING NOTICE

17 | **UNDER SEAL**

18 | IN THE MATTER OF THE SEARCH OF THE
CELLULAR TELEPHONE ASSIGNED CALL
19 | NUMBER 510-309-5370

CASE NO.  2:18-SW-0050-EFB

[PROPOSED] ORDER
DELAYING NOTICE

20

21 | **UNDER SEAL**

22

23        The United States has represented that there exists an ongoing investigation into the narcotics

24 trafficking activities of the parties named in the applications and orders signed November 21, 2016, May

25 9, 2017, and January 21, 2018, which authorized agents of DEA to ascertain the physical location of the

26 cellular telephone currently assigned the number 510-309-5370 (TARGET CELLPHONE), including

27 but not limited to E-911 Phase II data (GPS and/or other precise location information), for a period of 30

28 days.

1

1    The United States has further represented that service of the notice required by Federal Rules of

2   Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence

3   to the targets.

4    Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall

5   be required to serve the notice shall be postponed for 90 days from the date of this Order.

6    Should the United States seek further postponement of the time within which it must serve the

7   notice, it shall make further application to this Court.

8

9    IT IS SO ORDERED.

10

11

    Dated:   3-19-19

12
                                                    Hon. Deborah Barnes
                                                    U.S. MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2